# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES, | : | DOCKET NO.: 3:05 CR 111 (JBA) |
| | : | 3:05 CR 153 (JBA) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| HAKAN YALINCAK, | : | |
| | : | |
| Defendant. | : | JUNE 24, 2015 |

## NOTICE OF APPEAL

The defendant, Hakan Yalincak, hereby gives notice that he will appeal the ruling and Order of the District Court, (Arterton, J.), entered in this matter on May 11, 2015 (Doc. 237) to the United States Court of Appeals for the Second Circuit.

    Respectfully submitted,
    HAKAN YALINCAK

    *s/ Jeffrey C. Kestenband*
    Jeffrey C. Kestenband
    Fed Bar No.: ct19003
    The Kestenband Law Firm LLC
    2389 Main Street
    Glastonbury, CT 06033
    Tel. (860) 659-6540
    Fax. (860) 288-5484
    jkestenband@kestenbandlaw.com

2

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that the foregoing was filed electronically, on this 24th day of June, 2015. Notice of the filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*s/ Jeffrey C. Kestenband*