UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES, | : | DOCKET NO.: 3:05 CR 111 (JBA) |
| | : | 3:05 CR 153 (JBA) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| HAKAN YALINCAK, | : | |
| | : | |
| Defendant. | : | JULY 16, 2015 |

**MOTION FOR EXTENSION OF TIME TO FILE**
**<u>MEMORANDUM OF LAW CONCERNING RESTITUTION CREDIT</u>**

The defendant, Hakan Yalincak, respectfully moves for a four-day extension of time to file his memorandum of law concerning restitution credit and for a corresponding change in the scheduling order for the filing of the Government's response and Mr. Yalincak's reply. The Government does not object to this motion.

Following a telephonic status conference on July 7, 2015, the Court entered a scheduling order based on the parties' recommendation that provided as follows: Mr. Yalincak would file his memorandum by July 17; the Government would file its responsive memorandum by July 27; and Mr. Yalincak would file his reply by August 3.

Mr. Yalincak requires a relatively short extension of four days to complete his memorandum, primarily due to the complex factual and legal issues that will be addressed in the memorandum. Mr. Yalincak therefore suggests a modification to the scheduling order as follows:

Defendant's memorandum due July 21, 2015;

Government's response due July 31, 2015;

Defendant's reply due August 7, 2015.

2

WHEREFORE, the motion for a four-day extension of time should be granted.

                                                  Respectfully submitted,
                                                  HAKAN YALINCAK

                                                  *s/ Jeffrey C. Kestenband*
                                                  Jeffrey C. Kestenband
                                                  Fed Bar No.: ct19003
                                                  The Kestenband Law Firm LLC
                                                  2389 Main Street
                                                  Glastonbury, CT 06033
                                                  Tel. (860) 659-6540
                                                  Fax. (860) 288-5484
                                                  jkestenband@kestenbandlaw.com

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was filed electronically, on this 16th day of July, 2015. Notice of the filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*s/ Jeffrey C. Kestenband*